468 F.2d 625
 20 Wage & Hour Cas. (BN 1020, 69 Lab.Cas. P 32,805
 James D. HODGSON, Secretary of Labor, United States
Department of Labor, Appellee,
v.
J. W. LYLES, INC., a corporation, trading as Transitruck
Center, and Transit Truck Stop, Inc., a
corporation, Appellants.
 No. 72-1222.
 United States Court of Appeals,
Fourth Circuit.
 Argued Nov. 2, 1972.
Decided Nov. 27, 1972.
 
 Samuel L. Bare, III, Miami, Fla. (Muller & Mintz, Miami, Fla., H. Russell Smouse and Clapp, Somerville, Black & Honemann, Baltimore, Md., on brief), for appellants.
 Donald S. Shire, Atty. U. S. Dept. of Labor (Richard F. Schubert, Sol. of Labor, Carin Ann Clauss, Associate Sol., Louis Weiner, Regional Sol., U. S. Dept. of Labor, on brief), for appellee.
 Before HAYNSWORTH, Chief Judge, and BUTZNER and FIELD, Circuit Judges.
 PER CURIAM:
 
 
 1
 We affirm on the opinion of the District Judge. Hodgson v. J. W. Lyles, Inc., 335 F.Supp. 128 (D.Md.1971).
 
 
 2
 Affirmed.